**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EYAD ELRAMLY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| **TRANS UNION, LLC, et al.** | : | |
| *Defendants.* | : | **NO.  22-cv-00028** |

## O R D E R

      **AND NOW**, this **22ⁿᵈ** day of **March, 2022**, upon consideration of Defendant Bank of America, N.A.'s Motion to Dismiss (ECF No. 19), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum, the Motion (ECF No. 19) is **GRANTED** and the Complaint will be **DISMISSED as to Defendant Bank of America, N.A., without prejudice**.

      It is **further ORDERED** that Plaintiff Elramly is granted leaved to amend the Complaint by **12:00 p.m.** on or before <u>April 6, 2022</u>. **If Plaintiff Elramly does not file an Amended Complaint by the April 6, 2022 deadline, the dismissal will be entered with prejudice.**

 

**BY THE COURT:**

/**s**/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**